MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE A. SANIN (DCBN 499564)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
Email: carolyne.sanin@usdoj.gov

Attorneys for the United States of America

FILED

MAR 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALBERTO SOLORIO-RODRIGUEZ, <br> Defendant. | No. CR 13-00162 EJD <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM March 14, 2013 THROUGH March 25, 2013 |

### [PROPOSED] ORDER

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between March 14, 2013 through March 25, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The

1

court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 8/19/13

_____
HOWARD R. LLOYD
United States Magistrate Judge